**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**

| | |
|---|---|
| **NELDA DACIER,** § § § **Civil Action No. 2:16-cv-00319** | |
| Plaintiff, § | |
| § | |
| v. § | |
| § | |
| **DIVERSIFIED CONSULTANTS, INC.,** § | |
| § | |
| Defendant. § | |
| § | |

**NOTICE OF SETTLEMENT**

TO THE CLERK:

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The parties anticipate filing a stipulation of dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41(a) within sixty (60) days.

Dated: December 12, 2016     BY: */s/ Amy L. Bennecoff Ginsburg*
Amy L. Bennecoff Ginsburg, Esquire
Kimmel & Silverman, P.C.
30 E. Butler Avenue
Ambler, PA 19002
Phone: (215) 540-8888
Facsimile: (877) 788-2864
Email: aginsburg@creditlaw.com
Attorney for the Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of December, 2016, a true and correct copy of the foregoing pleading was served via ECF to the below:

Whitney L White, Esq.
Sessions Fishman et al
900 Jackson St
Ste 440
Dallas, TX 75202
Phone: 214-741-3001
Email: wwhite@sessions-law.biz

Dated: <u>December 12, 2016</u>     BY: <u>*/s/ Amy L. Bennecoff Ginsburg*</u>
　　　　　　　　　　　　　　　　　Amy L. Bennecoff Ginsburg, Esquire
　　　　　　　　　　　　　　　　　Kimmel & Silverman, P.C.
　　　　　　　　　　　　　　　　　30 E. Butler Avenue
　　　　　　　　　　　　　　　　　Ambler, PA 19002
　　　　　　　　　　　　　　　　　Phone: (215) 540-8888
　　　　　　　　　　　　　　　　　Facsimile: (877) 788-2864
　　　　　　　　　　　　　　　　　Email: aginsburg@creditlaw.com
　　　　　　　　　　　　　　　　　Attorney for the Plaintiff