United States District Court
Southern District of Texas
**ENTERED**
January 30, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| NELDA DACIER, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 2:16-CV-00319 |
| | § | |
| DIVERSIFIED CONSULTANTS, INC., | § | |
| | § | |
| Defendant. | § | |

## FINAL JUDGMENT

Pursuant to the Stipulation of Dismissal with Prejudice (D.E. 11), the Court enters final judgment dismissing this action with prejudice.

ORDERED this 30th day of January, 2017.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE